IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMMY EDWARD SIMPSON, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00482-RAH |
| | ) | |
| ASHLEY BARKSDALE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 25, 2025, the Magistrate Judge recommended (*see* doc. 4) that this case be dismissed. To date, no objection or response by Plaintiff has been filed, nor has Plaintiff updated the Court with his current mailing address or location. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 4) is **ADOPTED**;
2. This case is **DISMISSED**; and,
3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 15th day of December 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE